AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

FELDMAN, MARTIN L.C. | 2. Court or Organization

EASTERN DISTRICT OF LOUISIANA | 3. Date of Report

05/14/2009 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Active U S DISTRICT JUDGE | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial  ☑ Annual  ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2008
to
12/31/2008 |

| 7. Chambers or Office Address

500 POYDRAS STREET, Rm. 555
NEW ORLEANS, LA 70130-3313 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 15 A 11:45 FINANCIAL DISCLOSURE OFFICE

Feldman_Martin_L.C.

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/08/2008 | Rollover IRA Required Minimum Distriubtion | $15,000 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Princeton University | April 15-17, 2008 | Princeton, NJ | Meeting-Witherspoon Inst. | Transportation and lodging paid. |
| 2. Tulane University | July 6-19, 2008 | Cambridge, England | Lecture-Trinity College | Transportation and lodging paid. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Home Life Ins. Co. | | None | K | T | | | | | |
| 2. Morgan Keegan & Co.-General Money Market Cl B | A | Int./Div. | J | T | | | | | |
| 3. Newell Rubbermaid | A | Dividend | J | T | | | | | |
| 4. FHLMC CMO SER 1505-CL D | A | Interest | J | T | | | | | |
| 5. FHLMC #1993-82, 1200 | A | Interest | J | T | | | | | |
| 6. FHLMC #1505 CL-Q, 1200 | A | Interest | J | T | | | | | |
| 7. Citizens Communications | B | Dividend | J | T | | | | | |
| 8. Helios Select Hi Income, formerly RMK | B | Dividend | J | T | | | | | |
| 9. Helios Strategic Income, formerly RMK | A | Dividend | J | T | | | | | |
| 10. Health & Retirement Group now HRPT Properties | A | Dividend | J | T | | | | | |
| 11. U.S. Surgical Corp. | A | Interest | | | Matured | 03/17 | J | A | |
| 12. Bear SteamsNotes fromFred Meyer, Inc. | A | Interest | | | Sold | 08/27 | K | A | |
| 13. Pulaski Co. | A | Interest | J | T | | | | | |
| 14. GNMA #407107 | A | Interest | J | T | | | | | |
| 15. GNMA #1924 | A | Interest | J | T | | | | | |
| 16. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 17. AIM Basic Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Colonial Bank | A | Interest | | | Sold | 06/20 | J | A | |
| 19. Transocean | A | Dividend | J | T | | | | | |
| 20. Infinity Proper. & Cas. | A | Dividend | J | T | | | | | |
| 21. NGP Capital Resources | B | Dividend | | | Sold | 09/16 | J | A | |
| 22. Pimco Corp. Income | A | Dividend | | | Sold | 03/24 | J | A | |
| 23. Dividend Capital | A | Dividend | J | T | | | | | |
| 24. FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 25. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 26. GNMA #1995-4CL | A | Interest | J | T | | | | | |
| 27. Pimco Corp. | A | Dividend | | | Sold | 03/24 | J | A | |
| 28. Truststreet Prop. | B | Dividend | J | T | | | | | |
| 29. FNMA #2005-27 | A | Interest | J | T | | | | | |
| 30. Helios Select Intermediate, formerly RMK | A | Dividend | J | T | | | | | |
| 31. Alliance Bernstein, 1218 | A | Dividend | J | T | | | | | |
| 32. General Electric | B | Dividend | J | T | | | | | |
| 33. Watson Pharmaceuticals | B | Dividend | J | T | | | | | |
| 34. FHLMC #2173 CL | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Quicksilver Resources | D | Dividend | | | Sold | 05/12 | J | B | |
| 36. FNMA #1990-78 CL-J, 1200 | D | Interest | J | T | | | | | |
| 37. Hercules Offshore | D | Dividend | | | Sold | 04/25 | J | A | |
| 38. FNMA #2006-43WA | B | Interest | J | T | | | | | |
| 39. FNMA #2004-87 GA, 1200 | B | Interest | J | T | | | | | |
| 40. FHLMC #3052 CL - 4G | B | Interest | J | T | | | | | |
| 41. HCA, Inc. | B | Interest | J | T | | | | | |
| 42. Tyco International | B | Interest | J | T | | | | | |
| 43. FHLMC #2758 CL CC | B | Interest | J | T | | | | | |
| 44. Helios Select, formerly RMK | B | Dividend | J | T | | | | | |
| 45. Citigroup | A | Dividend | J | T | | | | | |
| 46. GNMA #2005-5 ea | D | Interest | K | T | | | | | |
| 47. FHLMC #2876 CL-DQ | A | Interest | K | T | | | | | |
| 48. GNMA SER #2005-39 | A | Interest | K | T | | | | | |
| 49. FHLMC #3055-CL AH | A | Interest | J | T | | | | | |
| 50. Prospect Energy | A | Dividend | | | Sold | 10/22 | J | A | |
| 51. FHLMC #3133 CL-NC | A | Interest | | | Sold | 02/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Appolo Investments | A | Dividend | | | Sold | 09/17 | J | A | |
| 53. Provident Energy | A | Dividend | J | T | | | | | |
| 54. Prospect Energy | A | Dividend | | | Sold | 10/22 | J | A | |
| 55. Peabody Energy Corp | A | Dividend | J | T | | | | A | |
| 56. American Financial | A | Dividend | | | Sold | 10/06 | J | | |
| 57. Blackrock FLTG Rate Inc. Strategies Fd II | D | Dividend | J | T | | | | | |
| 58. Triangle Capital Corp. | D | Dividend | | | Sold | 09/17 | J | A | |
| 59. Blackrock Ltd Duration Income Trust | D | Dividend | J | T | | | | | |
| 60. MK Ideas May 2007 | A | Dividend | | | Sold | 05/27 | J | A | |
| 61. FHLMC Series 3273 BD | A | Interest | J | T | | | | | |
| 62. GNMA Series 2006-10 JB | A | Interest | J | T | | | | | |
| 63. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 64. Aspen Insurance Holdings | A | Dividend | J | T | | | | | |
| 65. Helios Multi-Sector High Income Fd, formerly RMK | A | Dividend | J | T | | | | | |
| 66. Allis Chalmers Corp | A | Dividend | J | T | | | | | |
| 67. Blackrock FLTG Rate Income Strategies Fd II | B | Dividend | J | T | | | | | |
| 68. JP Mogran Chase | A | Dividend | | | Sold | 08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Helios Advantage Income Fd, formerly RMK | B | Dividend | J | T | | | | | |
| 70. Halliburton Co. | A | Dividend | | | Sold | 03/10 | J | A | |
| 71. CIT Group Internotes | A | Interest | J | T | | | | | |
| 72. Bank of America | A | Dividend | J | T | | | | | |
| 73. Smithfield Foods, Inc. | A | Interest | K | T | | | | | |
| 74. Blackrock Global FTG Rate Income Trust | B | Distribution | J | T | Sold (part) | 02/05 | J | A | |
| 75. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 76. FHLMC SER 3112 CL-KQ - 1200 | A | Interest | J | T | | | | | |
| 77. FNMA SER 2007-70 CA - 1200 | A | Interest | K | T | | | | | |
| 78. Blackrock Global FLTG Incom Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 79. Pimco Strategic Global Govt Fd - 1200 | B | Dividend | | | Sold | 09/26 | J | A | |
| 80. Pengrowth Energy Trust | A | Distribution | | | Sold | 10/22 | J | A | |
| 81. Chase Bank | A | Interest | K | T | | | | | |
| 82. Morgan Keegan Money Market | A | Interest | K | T | | | | | |
| 83. Tyco Intl. | A | Dividend | | | Sold | 03/12 | J | A | |
| 84. RPC Inc. | A | Dividend | | | Sold | 04/22 | J | A | |
| 85. Marsh McClennan Companies Inc. | A | Dividend | | | Sold | 08/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hercules Offshore | B | Dividend | | | Buy | 01/03 | J | | |
| 87. | | | | | Sold | 0220 | J | A | |
| 88. Eaton Vance Ltd. Duration Income Fund | B | Dividend | J | T | Buy | 01/03 | J | | |
| 89. FHLMC CMO Series 3290 | B | Interest | J | T | Buy | 01/11 | J | | |
| 90. Duke Realty Investments(NEW) | B | Dividend | | | Buy | 01/31 | J | | |
| 91. | | | | | Sold | 03/26 | J | A | |
| 92. Atlas Energy Resources, LLC | A | Distribution | J | T | Buy | 03/13 | J | | |
| 93. Colonial Bancgroup Inc. | B | Dividend | J | T | Buy | 03/24 | J | | |
| 94. Barclays Bk PLC PFD | A | Dividend | J | T | Buy | 04/08 | J | | |
| 95. Parker Drilling Co. | A | Dividend | | | Buy | 04/16 | J | | |
| 96. | | | | | Sold | 05/19 | J | A | |
| 97. MFS Govt. Markets Income Trust SBI | A | Dividend | | | Buy | 04/16 | J | | |
| 98. | | | | | Sold | 12/19 | J | A | |
| 99. B E Aerospace, formerly BE Avionics | A | Dividend | | | Buy | 04/23 | J | | |
| 100. | | | | | Sold | 05/09 | J | A | |
| 101. Regions Financing TR III PPD, 8,875 | A | Interest | J | T | Buy | 04/25 | J | | |
| 102. TXCO Resources Inc. | A | Dividend | | | Buy | 05/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/06 | J | A | |
| 104. | | | | | Sold | 06/30 | J | A | |
| 105. MFS Govt. Markets Income Trust SBI | B | Dividend | J | T | Buy (add'l) | 05/27 | J | | |
| 106. EV Energy Partners LP | A | Distribution | J | T | Buy | 05/30 | J | | |
| 107. GNMA CMO Series 2008-60 DG | A | Interest | J | T | Buy | 07/09 | J | | |
| 108. GNMA CMO Series 2008-58 UE | A | Interest | J | T | Buy | 07/28 | J | | |
| 109. Citigroup Inc. 8.5% SER-F PFD | A | Dividend | J | T | Buy | 08/11 | J | | |
| 110. JPMORGAN Chase & Co. 8.625% PFD | A | Interest | | | Buy | 08/14 | J | | |
| 111. | | | | | Sold | 11/21 | J | A | |
| 112. FHLMC CMO Series 3417 | A | Interest | J | T | Buy | 10/17 | J | | |
| 113. Rowan Companies Inc. | A | Dividend | | | Buy | 10/20 | J | | |
| 114. | | | | | Sold | 12/18 | J | A | |
| 115. FNMA CMO Series 2008-17 MA | A | Interest | J | T | Buy | 10/30 | J | | |
| 116. Macquarie Intrastruct | A | Dividend | J | T | Buy | 11/05 | J | | |
| 117. BPZ Resources, Inc. | A | Dividend | J | T | Buy | 11/17 | J | | |
| 118. El Paso Corp. 12% | A | Interest | J | T | Buy | 12/10 | J | | |
| 119. Union Planters 7.5% | A | Interest | J | T | Buy | 12/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Eaton Vance Ltd. Duration Income Fd. | A | Dividend | J | T | Buy (add'l) | 12/19 | J | | |
| 121.  Highland Credit Strategies Fd.(X) | A | Dividend | | | Sold | 07/23 | J | A | |
| 122.  FNMA 8.25% SER 5, 1200 | A | Interest | J | T | Buy | 05/19 | J | | |
| 123.  Citigroup 8.5% SER-F PFD, 1200 | A | Dividend | J | T | Buy | 8/08 | J | | |
| 124.  El Paso Pipeline Partners LP (X) | A | Distribution | | | Sold | 01/18 | J | A | |
| 125.  Colonial Bancgroup | A | Dividend | | | Buy | 01/15 | J | | |
| 126. | | | | | Sold | 01/30 | J | A | |
| 127.  Proshares Trust | A | Distribution | J | T | Buy | 01/28 | J | | |
| 128.  QWEST Communications Intl. | A | Dividend | J | T | Buy | 01/30 | J | | |
| 129.  KBR Inc. | A | Dividend | | | Buy | 01/31 | J | | |
| 130. | | | | | Sold | 03/03 | J | A | |
| 131.  Chesapeake Energy Corporation | A | Dividend | | | Buy | 03/17 | J | | |
| 132. | | | | | Sold (part) | 04/29 | J | A | |
| 133. | | | | | Sold | 07/18 | J | A | |
| 134.  ATP Oil & Gas Corp. | A | Dividend | | | Buy | 04/25 | J | | |
| 135. | | | | | Sold | 05/14 | J | | |
| 136.  Vishay Intertechnology Inc. | A | Dividend | J | T | Buy | 04/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Gramercy Capital Corp. | A | Dividend | | | Buy | 06/17 | J | | |
| 138. | | | | | Sold | 07/23 | J | A | |
| 139. South Financial Group | A | Dividend | | | Buy | 07/28 | J | | |
| 140. | | | | | Sold | 09/08 | J | A | |
| 141. Healthways, Inc. | A | Dividend | J | T | Buy | 08/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII, #121 - Value and income was less than threshold but asset was sold in 2008 so added this year.

#124 - Asset in IRA account was purchased late in 2007 and missed on the report. Income was under the threshold.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544